UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHERI ANN WHITLOCK, | § § | No. 5:20–CV–1011–DAE |
| Appellant, | § § | |
| vs. | § § | |
| JOHN PATRICK LOWE, | § § | |
| Appellee. | § § § | |

## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS

Before the Court is Appellant's Unopposed Motion to Voluntarily Dismiss this appeal under Federal Rule of Appellate Procedure 42(b). (Dkt. # 5.) The Motion states that Appellant has consulted with counsel for Appellee, "who represented that Appellee does not oppose the relief requested herein." (Id.)

Pursuant to Federal Rule of Appellate Procedure 42(b), the Court **GRANTS** Appellant's Unopposed Motion for Voluntary Dismissal and **DISMISSES** this appeal. As such, the Court also **DISMISSES** Appellee's pending Motion to Dismiss. (Dkt. # 2.) In light of the voluntary dismissal, the Clerk is **INSTRUCTED TO CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:** San Antonio, TX, September 23, 2020

_____
David Alan Ezra
Senior United States District Judge