**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>CURTIS HAROLD DEBERRY,<br><br>DEBTOR | §<br>§<br>§<br>§<br>§ | BANKRUPTCY NO. 14-50406-CAG<br>CHAPTER 7 PROCEEDING |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE,<br><br>PLAINTIFF<br><br>V.<br><br>CHERI ANN WHITLOCK<br><br>DEFENDANT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO. 14-05044 |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

Plaintiff John Patrick Lowe, Chapter 7 Trustee of the Bankruptcy Estate of Curtis Harold DeBerry ("Plaintiff"), and Defendant Cheri Ann Whitlock ("Defendant") (Plaintiff and Defendant are hereinafter referred to collectively as the "Parties"), hereby stipulate and agree to dismissal of the above-referenced Adversary Proceeding with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041. The Parties shall bear their own costs for attorneys' fees and any other costs associated with this Adversary Proceeding.

{00509228 2}

Respectfully submitted,

| | |
|---|---|
| **PULMAN, CAPPUCCIO & PULLEN, LLP**<br>2161 N.W. Military Hwy., Suite 400<br>San Antonio, Texas 78213<br>www.pulmanlaw.com<br>(210) 222-9494 Telephone<br>(210) 892-1610 Facsimile<br><br>By: */s/Elliott S. Cappuccio*<br>　　Elliott S. Cappuccio<br>　　Texas State Bar No. 24008419<br>　　ecappuccio@pulmanlaw.com<br>　　Matthew J. McGowan<br>　　Texas State Bar No. 24098077<br>　　mmcgowan@pulmanlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>JOHN PATRICK LOWE, CHAPTER 7<br>TRUSTEE FOR THE ESTATE OF<br>CURTIS HAROLD DEBERRY** | **LAW OFFICES OF DEAN W. GREER**<br>2929 Mossrock, Suite 117<br>San Antonio, TX 78230<br>(210) 342-7100 Telephone<br>(210) 342-3633 Facsimile<br><br>By: */s/Dean W. Greer*<br>　　Dean W. Greer<br>　　State Bar No. 08414100<br>　　dean@dwgreerlaw.com<br><br>Randal G. Cashiola<br>**CASHIOLA LAW FIRM**<br>Texas State Bar No. 03966802<br>rcashiola@cashiolalaw.com<br>2090 Broadway<br>Beaumont, TX 77701<br>(409) 813-1443 – Telephone<br><br>**ATTORNEYS FOR DEFENDANT<br>CHERI ANN WHITLOCK** |

{00509228 2}　　　　　　　　　　　　2